972 F.2d 1330
 Barber (James), Brandon (Fred), Carey (Alfonzo), Dunston
(Beatrice), Knox (Tijuana), Martin (William S.), McCleary
(Michael C.), Myers (Charles E.), Robinson (Harry L.), Ulmer
(Donita B.), Willias (Essie M.), Wis (Elsie L.), Youk (Mee Jin)
v.
Horsey (Michael) Brady (Robert), on Behalf of Philadelphia
Democratic County Executive Committee
 NO. 91-2104
 United States Court of Appeals,
Third Circuit.
 July 17, 1992
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED.